UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN GULLLATT, | ) | 1:07-CV-00873 OWW JMD HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING REQUEST FOR |
| v. | ) | EXTENSION OF TIME |
| | ) | |
| TOM FELKER, | ) | (Document #17) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 21, 2008, the Magistrate Judge issued a Findings and Recommendation, recommending that the petition be denied with prejudice. The Magistrate Judge further recommended that the Clerk of Court be directed to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On November 25, 2008, Petitioner filed a request for an extension of time in which to file objections to the Magistrate Judge's Findings and Recommendation. Petitioner filed his objections to the Findings and Recommendation on November 25, 2008. Petitioner having presented good cause to the court, the Court will grant Petitioner's request for an extension of time *nunc pro tunc* to file objection to November 25, 2008.

1    Accordingly, it is HEREBY ORDERED that Petitioner's request for an extension of time to
2 file objections is GRANTED *nunc pro tunc* to November 25, 2008.
3 IT IS SO ORDERED.
4 **Dated:   November 26, 2008              /s/ John M. Dixon              **
                                    UNITED STATES MAGISTRATE JUDGE